IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00035-RPM-BNB

VICTORIA WELCH,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

Defendant.
_____

**NOTICE OF SETTLEMENT**
_____

COME NOW the Plaintiff and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay its own attorney's fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by February 12, 2010.

Dated:  February 1, 2010.

| | |
|---|---|
| s/ David M. Larson | s/ Louis Leonard Galvis |
| David M. Larson | Louis Leonard Galvis |
| Attorney at Law | Sessions, Fishman, Nathan & Israel, LLC |
| 405 S. Cascade Avenue, Suite 305 | 645 Stonington Lane |
| Colorado Springs, CO  80903 | Fort Collins, CO  80525 |
| Telephone: (719) 473-0006 | Telephone:  (970) 223-4420 |
| Attorney for the Plaintiff | Attorneys for the Defendant |