IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00035-RPM-BNB

VICTORIA WELCH,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the filing of the **Notice of Settlement** [docket no. 5, filed February 1, 2010], it has come to the attention of the Court that this matter has been resolved.

      IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **February 12, 2010**, or a status report addressing why dismissal has not been accomplished.


DATED:  February 1, 2010